UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 11-5396 DSF (FMOx) | Date | 9/27/11 |
|---|---|---|---|
| Title | Michael Bazzano v. Southwest Credit Systems, LP | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Pamela Batalo |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Dismissal

     Counsel inform the Court that the matter has settled.  An Order to Show Cause re Dismissal is set for December 26, 2011 at 11:00 a.m.  If the dismissal is filed by that date, no appearance is necessary.  If the dismissal is not filed, but the parties are close to completion, they may stipulate to a continuance.